DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV  89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – ANTHONY BARKLEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-00806-NJK |
| Plaintiff, | |
| v. | |
| ANTHONY BARKLEY, | |
| Defendant. | |

**STIPULATION AND ORDER TO PRELIMINARY EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between DAVID R. FISCHER, ESQ., counsel for Defendant, ANTHONY BARKLEY and ALEXANDRA M. MICHAEL, ESQ., Assistant United States Attorney, that the Preliminary Examination hearing currently scheduled for January 4, 2017 at 4:00 p.m. be vacated and reset to a date and time convenient to the Court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant, Anthony Barkley has spoken to his client and he has no objection to the request for continuance;
2. Counsel for the Defendant has spoken to counsel for the United States and she has no objection to the continuance;

-1-

3. Counsel for Defendant is currently still awaiting discovery on this matter;

4. Denial of this request for continuance could result in a miscarriage justice;

5. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(F) and Title 18, United States Code Section 3161 (h)(8)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv);

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the Court.

This is the first continuance filed herein.

DATED: January 3, 2017

_____/S/_____  _____/S/_____
DAVID R. FISCHER, ESQ.         ALEXANDRA M. MICHAEL, AUSA
Counsel for Defendant           Counsel for USA

/  /  /

/  /  /

/  /  /

/  /  /

/  /  /

DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV 89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – JESS FLORES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:16-mj-00806-NJK |
| v. | ) | |
| | ) | |
| ANTHONY BARKLEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Examination, currently scheduled for January 4, 2017 at 4:00 p.m., be continued to the  7th  day of  February , 2017, at  4:00 p.m. , in courtroom  3C .

DATED this  3rd  day of  January , 2017.

_____
UNITED STATES MAGISTRATE JUDGE

-3-